

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHIMON DEUTSCH; K. SHAHIN, :
M.D.; and NIRVANA L. BAIL, :
individually and on behalf of all others :
similarly situated, :
                    Plaintiffs, :    **ORDER OF DISMISSAL**
v. :
                                                                     19 CV 4508 (VB)
ARS NATIONAL SERVICES, INC., :
                    Defendant. :
--------------------------------------------------------------x

       The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 7, 2019. To be clear, any application to restore the action must be filed by October 7, 2019, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

       The Clerk is instructed to (i) terminate the pending motion (Doc. #17), and (ii) close this case.

Dated: September 5, 2019
       White Plains, NY

                                                                  SO ORDERED:

                                                                    _____
                                                                    Vincent L. Briccetti
                                                                    United States District Judge